# Court of Appeals of the State of Georgia

ATLANTA, September 11, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0066. ALBERT M. RUSSAW v. THE STATE.

Albert Russaw was convicted of drug crimes, and we affirmed his convictions on direct appeal in an unpublished opinion. Case No. A19A1701 (Dec. 19, 2019). Back in the trial court, Russaw filed a motion to correct a void sentence, which the trial court denied. He appealed, but we dismissed the appeal as untimely. Case No. A21A0975 (Mar. 15, 2021). Russaw then filed another motion to vacate a void sentence, which the trial court also denied. He appealed again, but we dismissed the appeal because he failed to raise a colorable void-sentence claim. Case No. A23A0501 (Nov. 30, 2022). Russaw then filed yet another motion to correct a void sentence. On May 5, 2025, the trial court denied that motion, and on August 20, 2025, Russaw filed this application for discretionary appeal.[1] We lack jurisdiction.

Pretermitting whether Russaw had a right of appeal from the trial court's denial of his successive motion to correct a void sentence, his application was not timely filed. An application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Russaw did not file his application for discretionary appeal until more than

---

[1] Although Russaw attempted to file the application earlier, we returned it to him because it did not contain a certificate of service. See Court of Appeals Rule 6 (d) ("Any document without a certificate of service or otherwise not in compliance with this rule shall not be accepted for filing.").

three months after entry of the order he wishes to appeal, it is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/11/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*